# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 11-87(9) (MJD/JJK) |
| Plaintiff, | |
| v. | |
| (9) Olugbenga Temidago Adeniran,<br>also known as Dennis Lok,<br>also known as Dayo Olugbega,<br>also known as Andre T. Andeiran,<br>also known as Andeniran T. Dayo,<br>also known as Oluwafemi Olarewaju Osibodu,<br>also known as Dayo, also known as Dre,<br>also known as Olugbenga Temidayo Adeniran, | **ORDER** |
| Defendant. | |

Ana M. Anaya, Esq., John Docherty, Esq., Assistant United States Attorneys, counsel for Plaintiff.

Daniel Mohs, Esq., Law Office of Daniel Mohs, counsel for Defendant Adeniran.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 29, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Defendant Adeniran's Pretrial Motion to Dismiss the Indictment on Double Jeopardy Grounds (Doc. No. 464), is **DENIED**.

Date: October 20, 2011

s/Michael J. Davis
MICHAEL J. DAVIS
Chief Judge
United States District Court
